**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSÉ ALBERTO DOMINGUEZ-TORREZ,

Petitioner,

v. No. 2:26-cv-01653-MLG-DLM

DAVID VENTURELLA, et al.,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner José Alberto Dominguez-Torrez's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), Doc. 1, and his Supplemental Brief Establishing Jurisdiction and Challenging the Constitutional Adequacy of Petitioner's Bond Hearing ("Supplemental Brief"), Doc. 15. A hearing on the Petition and Supplemental Brief was held October 30, 2026. *See* Docs. 16-17. Having considered the Petition and being otherwise fully informed, the Court finds that the Petition is not well taken and should be denied. *See* 8 U.S.C. § 1226(e) ("The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the . . . denial of bond or parole."); 8 C.F.R. § 1003.10(a) (noting that immigration judges are appointed by the Attorney General to "act as the Attorney General's delegates in the cases that come before them"). For the reasons stated on the record during the October 30, 2026, hearing, the Court denies the Petition.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA